JS-6

**United States District Court**
**Central District of California**

|  |  |
|---|---|
| DEVRA ALLEN, | |
| Plaintiff, | Case No. LACV 20-6793 VAP (JEMx) |
| v. | **JUDGMENT** |
| JOSHUA PARTINGTON, et al., | |
| Defendants. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Pursuant to the Order granting Defendants' Motion to Dismiss Plaintiff's Complaint issued under separate cover, this action is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:   10/9/2020

_____
Virginia A. Phillips
United States District Judge

1